UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bertha Alicia DE SANTIAGO,<br><br>                                          Plaintiff,<br><br>v.<br><br>Andrew SAUL,<br><br>                                          Defendant. | Case No.:  3:19-cv-0935-AGS<br><br>**ORDER GRANTING JOINT MOTION FOR EAJA FEES (ECF No. 22)** |

The parties' joint motion for fees and costs under the Equal Access to Justice Act is **GRANTED.** Plaintiff is awarded fees and expenses in the amount of $2,900.00 as authorized by 28 U.S.C. § 2412 and no costs authorized by 28 U.S.C. § 1920.

Dated:  April 30, 2020

_____
Hon. Andrew G. Schopler
United States Magistrate Judge

1